UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

DEC 14 2022

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff - Appellee,<br><br>   v.<br><br>AARON THOMAS MITCHELL,<br><br>           Defendant - Appellant. | No. 22-10268<br><br>D.C. No. 4:22-cr-01545-RM-EJM-1<br>U.S. District Court for Arizona,<br>Tucson<br><br>**MANDATE** |

The judgment of this Court, entered November 22, 2022, takes effect this

date.

This constitutes the formal mandate of this Court issued pursuant to Rule

41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Rebecca Lopez
Deputy Clerk
Ninth Circuit Rule 27-7