UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

NOV 22 2022

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff-Appellee,<br><br>v.<br><br>AARON THOMAS MITCHELL,<br><br>Defendant-Appellant. | No.   22-10268<br><br>D.C. No.<br>4:22-cr-01545-RM-EJM-1<br>District of Arizona,<br>Tucson<br><br>ORDER |

Before:  McKEOWN, WARDLAW, and W. FLETCHER, Circuit Judges.

This is an appeal from the district court's pretrial detention order.  We have jurisdiction pursuant to 18 U.S.C. § 3145(c) and 28 U.S.C. § 1291.

We review the district court's factual findings concerning the danger that appellant poses to the community under a "deferential, clearly erroneous standard." *United States v. Hir*, 517 F.3d 1081, 1086 (9th Cir. 2008) (quoting *United States v. Townsend*, 897 F.2d 989, 994 (9th Cir. 1990)).  The conclusions based on such factual findings, however, present a mixed question of fact and law.  *Hir*, 517 F.3d at 1086.  Thus, "the question of whether the district court's factual determinations justify the pretrial detention order is reviewed de novo."  *Id*. at 1086-87 (citations omitted).

The district court correctly found that the government has met its burden of showing, by clear and convincing evidence, that "no condition or combination of

at/MOATT

conditions will reasonably assure . . . the safety of . . . the community," 18 U.S.C.

§ 3142(e), and that appellant therefore poses a danger to the community.  *See Hir*,

517 F.3d at 1094.  We therefore affirm the district court's pretrial detention order.

**AFFIRMED.**