JON M. SANDS
Federal Public Defender
**JORDAN P, MALKA**
State Bar No. 6321055 (Illinois)
**BENJAMIN D. SINGERMAN**
State Bar No. 242725 (California)
Assistant Federal Public Defenders
407 W. Congress St., Suite 501
Tucson, AZ  85701
Telephone: (520) 879-7500
*Jordan_Malka@fd.org*
*Ben_Singerman@fd.org*
Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | CR22-01545-TUC-RM-EJM |
| Plaintiff, | **NOTICE OF EXPERT** |
| vs. | |
| Aaron Thomas Mitchell, | |
| Defendant, | |

Aaron Thomas Mitchell, through undersigned counsel, hereby notices his intent to call Arthur L. Hively as an expert in digital forensic examination. Mr. Hively's Professional Vitae, prior testimony history, and signed report detailing his conclusions is attached and has been previously disclosed to the government.

Mr. Hively is qualified to testify as an expert in this field as he has years of digital forensic examination experience. Much of his time performing this work was done while employed by law enforcement agencies. Additionally, his knowledge of digital forensic examination will help the trier of fact understand the evidence, specifically whether the phone searches conducted by the government on Mr. Mitchell's cellphone were feasible given the state of the cellphone at the time the searches were completed. *See* Fed. R. Crim. P. 702. Mr. Hively's report concludes that the internet browser search of "girl kidnapped raped doug" run on Mr. Mitchell's phone could not have been generated by the officer manipulating the phone as recorded in file "G001281 DSC_1730.MOV"). Utilizing both

1

Axiom Examine and Cellebrite PA software, Mr. Hively also was able to validate most of the Google searches listed by SA/FE Cullen in his report (Discl. Nos. 73965-73969). Of significance, using Axiom Examine software, Mr. Hively concluded that the date/time stamp of the search "girl kidnapped raped douglas az" was April 29, 2022, at 10:47:46 PM.

RESPECTFULLY SUBMITTED this 29th day of November 2023.

JON M. SANDS
Federal Public Defender

*/s/Jordan Perry Malka*
**JORDAN PERRY MALKA**
Assistant Federal Public Defender